# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MARIA STEFFAN FRANK, ET AL.** | : | **DOCKET NO. 2:18-cv-00779** |
| **VERSUS** | : | **JUDGE TERRY A. DOUGHTY** |
| **PNK (LAKE CHARLES), LLC** | : | **MAG. JUDGE KATHLEEN KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 35] of the Magistrate Judge previously filed herein, determining after an independent review of the record and *de novo* determination of the issues that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Defendant's Motion for Summary Judgment [Doc. No. 25] is **GRANTED** and that all claims by Plaintiff against Defendant be **DISMISSED WITH PREJUDICE** as prescribed under Louisiana law, each party to bear its own costs.

Monroe, Louisiana, this 13th day of September, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**